# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SALVADORE GARCIA, | Case No.: 2:18-cv-1324-APG-VCF |
| Petitioner, | **ORDER** |
| v. | [ECF No. 30] |
| BRIAN WILLIAMS SR., et al., | |
| Respondents. | |

The parties' stipulation for extension of time (**ECF No. 30**) is GRANTED. Petitioner Garcia will have until March 4, 2019 to file an opposition to the respondents' motion to dismiss.

Dated: January 16, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE