# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SALVADORE GARCIA,<br><br>　Petitioner<br><br>v.<br><br>BRIAN WILLIAMS SR, et al.,<br><br>　Respondents | Case No.: 2:18-cv-01324-APG-VCF<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 53] |

　I ORDER that the Respondents' motion to extend time **(ECF No. 53) is GRANTED**. The response to the second amended petition is due by September 11, 2020.

　DATED this 6th day of August, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE