UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| SALVADORE GARCIA, | ) | CASE   NO.   2:18-CV-01324-APG-VCF |
| Petitioner, | ) | |
| vs. | ) | **ORDER** |
| BRIAN E. WILLIAMS, SR., et al., | ) | |
| Respondents. | ) | |

Based on Petitioner Garcia's Unopposed Motion to Set Briefing Schedule, the Court hereby grants the motion, and orders as follows:

IT IS HEREBY ORDERED that Petitioner shall have until December 6, 2021, to file any response to the pending Motion to Dismiss (ECF No. 55); and Respondents may file any reply on or before January 20, 2022.

DATED: ___September 8, 2021___

_____
ANDREW J. GORDON
UNITED STATES DISTRICT JUDGE