# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SALVADORE GARCIA,<br><br>                    Petitioner,<br>v.<br><br>BRIAN E. WILLIAMS, SR., et al.,<br><br>                    Respondents. | Case No. 2:18-cv-01324-APG-VCF<br><br>**ORDER** |

    Good cause appearing, I HEREBY ORDER that Petitioner Salvadore Garcia's unopposed Motion for Enlargement of Time (**ECF No. 68**) **is GRANTED**. Petitioner has until February 4, 2022 to file his response to Respondents' Motion to Dismiss (ECF No. 55).

    Given the age of this case and the length of time the motion to dismiss has been pending, counsel for both parties are directed to prioritize the deadlines in this case over later-filed matters. **Further extensions of time are not likely to be granted absent compelling circumstances and a strong showing of good cause why the briefing could not be completed within the extended time allowed despite the exercise of due diligence**.

Dated: January 10, 2022

                                                     ANDREW P. GORDON
                                                     UNITED STATES DISTRICT JUDGE